## OAKLEY et v DAVEY et

Ohio Appeals, 8th Dist, Cuyahoga Co

No 13666.  Decided Nov 5, 1934

McKeehan, Merrick, Arter & Stewart, Cleveland, Carl E. Basler, Cincinnati, Julian H. Weiss, Ellsworth Jordan, and Robert M. Morgan, Cleveland, for plaintiffs in error.

Squire, Sanders & Dempsey, Cleveland, for defendants in error.

Watson, Davis & Joseph, Columbus, for plaintiff in error.

McFayden & Swisher, Columbus, for defendant in error.

For full opinion see 1 OO 144; 49 Oh Ap 113.